AO91 (Rev. 8/01) Criminal Complaint

**FILED**
**US DISTRICT COURT**
**DISTRICT OF NEBRASKA**

**APR 24 2008**

**OFFICE OF THE CLERK**

**SEALED**

# UNITED STATES DISTRICT COURT
## District of Nebraska

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br>JESUS RAMIREZ AGUILAR | ORDER<br><br>Case Number: 8:08MJ83 |

### UNDER SEAL

BEFORE ME, a United States Magistrate Judge for the District of Nebraska, personally appeared Assistant Untied States Attorney Douglas R. Semisch, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JESUS RAMIREZ AGUILAR should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of JESUS RAMIREZ AGUILAR be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

April 24, 2008 at Omaha, Nebraska
Date                                              City and State

THOMAS D. THALKEN, United States Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer