IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | |
| ) | 8:08MJ83 |
| OF JESUS RAMIREZ AGUILAR ) | |
| ) | ORDER |
| ) | |

     This matter is before the court on the joint motion of the parties for a continuance of the extradition hearing previously scheduled for July 17, 2008 (Filing No. 10).  For good cause shown, the joint motion is granted.  Further, the time needed for the joint motion shall be excluded from the time required for Aguilar's extradition under the appropriate statute and treaty.  The extradition hearing is continued to **9:00 a.m. on August 21, 2008**, in Courtroom No. 7, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    **IT IS SO ORDERED.**

    DATED this 11th day of July, 2008.

                                                   BY THE COURT:

                                                   s/Thomas D. Thalken
                                                  United States Magistrate Judge